184

57 So.2d 832

**Owel DENSON v. STATE.**

**6 Div. 352.**

Supreme Court of Alabama.
Nov. 23, 1951.

Rehearing Denied April 3, 1952.

H. L. Anderton, Birmingham, for petitioner.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Owel Denson, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Denson v. State, Ala. App., 57 So.2d 830.

Writ denied.

BROWN, LAWSON and STAKELY, JJ., concur.